# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  THOMAS L. HALL                                          Case Number: 07-73062
        11302 VENTURA BOULEVARD          SSN-xxx-xx-7312
        MACHESNEY PARK, IL  61115

Case filed on:        12/18/2007
Plan Confirmed on:

U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan: $2,850.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | BALSLEY & DAHLBERG LLP | 2,000.00 | 2,000.00 | 2,000.00 | 0.00 |
|  | Total Legal | 2,000.00 | 2,000.00 | 2,000.00 | 0.00 |
| 003 | LITTON LOAN SERVICING | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | GMAC MORTGAGE CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | THE CIT GROUP / CONSUMER FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | INTERNAL REVENUE SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | ILLINOIS DEPARTMENT OF REVENUE | 675.60 | 675.60 | 0.00 | 0.00 |
|  | Total Priority | 675.60 | 675.60 | 0.00 | 0.00 |
| 999 | THOMAS L. HALL | 0.00 | 0.00 | 683.15 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 683.15 | 0.00 |
| 001 | POPULAR MORTGAGE SERVICING INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | LITTON LOAN SERVICING LP | 12,086.26 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 12,086.26 | 0.00 | 0.00 | 0.00 |
| 004 | THE CIT GROUP/CONSUMER FINANCE INC | 47,492.04 | 0.00 | 0.00 | 0.00 |
| 007 | INTERNAL REVENUE SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | AT&T PHONE SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | ROUNDUP FUNDING LLC | 2,369.27 | 2,369.27 | 0.00 | 0.00 |
| 010 | ARROW FINANCIAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | ASSET ACCEPTANCE CORP | 1,710.03 | 1,710.03 | 0.00 | 0.00 |
| 012 | BANKFIRST / ACTION CARD | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | CAPITAL ONE BANK (USA) NA | 1,705.84 | 1,705.84 | 0.00 | 0.00 |
| 014 | ROUNDUP FUNDING LLC | 1,364.85 | 1,364.85 | 0.00 | 0.00 |
| 015 | PREMIER BANKCARD/CHARTER | 382.94 | 382.94 | 0.00 | 0.00 |
| 016 | FIRST SAVINGS | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | FNCC | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | HSBC NV | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | JEFFERSON CAPITAL SYSTEMS, LLC | 2,452.59 | 2,452.59 | 0.00 | 0.00 |
| 020 | PROVIDIAN | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | THD / CBSD | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | ECAST SETTLEMENT CORPORATION | 3,010.90 | 3,010.90 | 0.00 | 0.00 |
| 023 | PORTFOLIO RECOVERY ASSOCIATES | 4,551.47 | 4,551.47 | 0.00 | 0.00 |
| 024 | WELLS FARGO FINANCIAL | 924.32 | 924.32 | 0.00 | 0.00 |
| 025 | KATHLEEN DAL PORTO | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | CAPITAL ONE BANK (USA) NA | 1,786.61 | 1,786.61 | 0.00 | 0.00 |
| 027 | JEFFERSON CAPITAL SYSTEMS, LLC | 2,039.20 | 2,039.20 | 0.00 | 0.00 |
| 028 | PREMIER BANKCARD/CHARTER | 613.65 | 613.65 | 0.00 | 0.00 |
| 029 | PORTFOLIO RECOVERY ASSOCIATES | 9,137.60 | 9,137.60 | 0.00 | 0.00 |
| 030 | ILLINOIS DEPARTMENT OF REVENUE | 62.30 | 62.30 | 0.00 | 0.00 |
| 031 | VILLAGE OF HILLSIDE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 79,603.61 | 32,111.57 | 0.00 | 0.00 |
|  | Grand Total: | 94,365.47 | 34,787.17 | 2,683.15 | 0.00 |

Total Paid Claimant:     $2,683.15
Trustee Allowance:       $166.85            Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:     0.00            discharging the trustee and the trustee's surety from any and all
                                            liablility on account of the within proceedings, and closing the estate,
                                            and for such other relief as is just.  Pursuant to FRBP, I hereby
                                            certify that the subject case has been fully administered.

Report Dated:

                                                    /s/ Lydia S. Meyer
                                                  Lydia S. Meyer, Trustee

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 02/26/2009            By  /s/Heather M. Fagan